# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LYNDA M. HOLLEY,

        Debtor

---

LYNDA M. HOLLEY,

        Movant

    v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, CNAC Inc.,
Bank of America, NA, Exeter Finance, ACS,
U.S. Dep't. Of Education,
VA Pittsburgh Employee Credit Union,

        Respondents

Case 23-21697-CMB
Chapter 13

Related doc: 19-20
Hrg: 9/14/2023, 1:30PM
Responses: 9/5/2023

## CERTIFICATE OF NO OBJECTION TO
## MOTION TO EXTEND AUTOMATIC STAY

I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Extend Automatic Stay, Exhibit(s), proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **September 5, 2023**, the response/objection due date, that I have received no response except ____n/a_____ .

Method of Service: Mail XX ; Specify if other:

Respectfully submitted,

    /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: 9/6/2023