IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LYNDA M. HOLLEY,

           Debtor

Case 23-21697-CMB
Chapter 13

Related to Doc. No. 19

LYNDA M. HOLLEY,

           Movant

v.

RONDA J. WINNECOUR, Chapter 13 Trustee,
U.S. Trustee's Office, CNAC Inc.,
Bank of America, NA, Exeter Finance, ACS,
U.S. Dep't. Of Education,
VA Pittsburgh Employee Credit Union,

           Respondents

**ENTERED BY DEFAULT**

**ORDER**

AND NOW this   6th   day of   September  , 2023, upon consideration of Debtor's Motion, it is hereby ORDERED, ADJUDGED, and DECREED that the Automatic Stay under 11 U.S.C. § 362 is reinstated and/or extended in the current Chapter 13 bankruptcy to all creditors.

It is further ORDERED that any request for relief from the Automatic Stay shall be granted only upon proper Motion, Notice, and a Hearing from an interested party.

Debtor shall serve a copy of this Order on all interested parties and file a Certificate of Service.

BY THE COURT:

FILED
9/6/23 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  **dmr**
The Hon. Carlota M. Böhm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lynda M. Holley  
    Debtor

Case No. 23-21697-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2  
Date Rcvd: Sep 06, 2023        Form ID: pdf900        Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynda M. Holley, 3217 Ward Street, Pittsburgh, PA 15213-4428 |
| 15626702 | + | Conduent/ACS, Attn: Bankruptcy, Po Box 7051, Utica, NY 13504-7051 |
| 15626707 | + | Va Pittsburgh Employee, 1010 Delafield Road, Pittsburgh, PA 15215-1802 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 06 2023 23:31:00 | City of Pittsburgh & School District of Pittsburgh, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 06 2023 23:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2023 23:43:16 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 06 2023 23:31:00 | Pittsburgh Water & Sewer Authority, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15626699 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2023 23:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15626700 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2023 23:31:00 | Bank of America NA, Attn: Bankruptcy Noticing, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 15629322 | + | Email/Text: BKRMailOps@weltman.com | Sep 06 2023 23:32:00 | Byrider Finance, LLC DBA CNAC, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 15626701 | + | Email/Text: bankruptcy@jdbyrider.com | Sep 06 2023 23:32:00 | Car Now Acceptance Co., Attn: Bankruptcy, 12802 Hamilton Crossing Blvd, Carmel, IN 46032-5424 |
| 15631225 | + | Email/Text: ebnjts@grblaw.com | Sep 06 2023 23:31:00 | City of Pittsburgh/City of Pittsburgh School Dist., GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15626703 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 06 2023 23:43:16 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 15626704 | ^ | MEBN | Sep 07 2023 10:59:15 | KML Law Group PC, BNY Mellon Independence Center, Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 15626705 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 06 2023 23:32:00 | Nelnet Loan Services, P.O. Box 82561, Lincoln, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15631058 | + | Email/Text: ebnpwsa@grblaw.com | Sep 06 2023 23:31:00 | Pittsburgh Water & Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15626706 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 06 2023 23:32:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

(NE 68501-2561 appears above first row)

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Byrider Finance, LLC DBA CNAC |
| cr | | The Bank of New York Mellon Trust Company, N.A. fk |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor The Bank of New York Mellon Trust Company N.A. fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga bnicholas@kmllawgroup.com

Christian M Rieger
on behalf of Debtor Lynda M. Holley criegerlaw@gmail.com

Garry Alan Masterson
on behalf of Creditor Byrider Finance LLC DBA CNAC pitecf@weltman.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8