IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21697-CMB |
|     LYNDA M. HOLLEY, | : | Chapter 13 |
|         Debtor | : | |
| | : | |
| LYNDA M. HOLLEY, | : | Related doc: 39-40 |
| Movant | : | Hrg: 11/16/2023, 1:30PM |
| | : | Responses: 10/30/2023 |
|     v. | : | |
| | : | |
| BANK OF NEW YORK TRUST CO., | : | |
| Respondent | | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR LOSS MITIGATION AND**
**LMP FORMS 40-41**

      I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of Debtor's Motion for Loss Mitigation and LMP Forms 40-41 and Notice of Hearing, were served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 11th day of October 2023 upon: *the Chapter 13 Trustee, Office of the U.S. Trustee, and the parties below:*

Bank of New York Trust Co.  
c/o Brian Nicholas, Esq.  
KML Law Group  
701 Market Street  
Suite 5000  
Philadelphia, PA 19106  

Ronda J. Winnecour, Esq.  
3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Respectfully submitted,

  /s/ Christian M. Rieger  
Christian M. Rieger, Esquire  
PA: 307037  
2403 Sidney Street  
Suite 214  
Pittsburgh, PA 15203  
(412) 381-8809  
(412) 381-4594 (fax)  
criegerlaw@gmail.com  

DATE: October 11, 2023