IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21697-CMB |
| LYNDA M. HOLLEY, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| LYNDA M. HOLLEY, | | |
| | : | Related doc: 39-40 |
| Movant | : | Hrg: 11/16/2023, 1:30PM |
| | : | Responses: 10/30/2023 |
| v. | : | |
| | : | |
| BANK OF NEW YORK TRUST CO., | : | |
| Respondent | | |

## CERTIFICATE OF NO OBJECTION TO
## MOTION FOR LOSS MITIGATION

       I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Debtor's Motion for Entry into the LMP Program, proposed Order, and Scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **October 30, 2023**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ;

                                                    Respectfully submitted,

                                                    /s/ Christian M. Rieger
                                                  Christian M. Rieger, Esquire
                                                  PA: 307037
                                                  2403 Sidney Street
                                                  Suite 214
                                                  Pittsburgh, PA 15203
                                                  (412) 381-8809
                                                  (412) 381-4594 (fax)
                                                  criegerlaw@gmail.com

DATE: October 31,2023