IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21697-CMB |
|     LYNDA M. HOLLEY, | : | Chapter 13 |
|         Debtor | : | |
| | : | |
| LYNDA M. HOLLEY, | : | Related doc: 44 |
| Movant | : | |
|     v. | : | |
| | : | |
| BANK OF NEW YORK TRUST CO., | : | |
| Respondent | | |

**CERTIFICATE OF SERVICE OF**
**LOSS MITIGATION ORDER**

      I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of this Court's Loss Mitigation Order was served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 2nd day of November 2023 upon *the parties below:*

Bank of New York Trust Co.
c/o Brian Nicholas, Esq.
KML Law Group
701 Market Street
Suite 500
Philadelphia, PA 19106

Bank of America NA
P.O. Box 31785
Tampa, FL 33631-3785

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

DATE: November 2, 2023