IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21697-CMB |
| LYNDA M. HOLLEY, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| LYNDA M. HOLLEY, | : | Related doc: 44 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF NEW YORK TRUST CO., | : | |
| Respondent | : | |

## LOSS MITIGATION STATUS REPORT

1. The Debtor(s) in this case is Lynda M. Holley, with a property address of: 3217 Ward Street, Pittsburgh, PA 15213.

2. The Creditor is The Bank of New York Mellon Trust Co. NA, fka Bank of New York Trust Co. NA, as Successor to JPMorgan Chase Bank NA, as Trustee for Residential Asset Mortgage Products Inc., and is registered on the Portal.

3. This Court entered a Loss Mitigation Order on Nov. 1, 2023 (ECF 44).

4. As of the date of the filing of this Status Report, Debtor has timely submitted her entire Core Package on the document portal to Creditor.

5. Creditor on December 27, 2023, notified Debtor's counsel that she was APPROVED for a trial period loan modification, effective Feb. 1, 2024, with a maturity date and balloon payment of August 2028.

6. Debtor and her counsel are discussing options, and will notify Creditor within seven (7) days of her decision to accept.

Date: December 28, 2023                Signed:  /s/ Christian M. Rieger

On behalf of: ___Lynda M. Holley_____
              Name of Debtor(s)

Chrisitan M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com