IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 23-21697-CMB |
| LYNDA M. HOLLEY, | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| LYNDA M. HOLLEY, | : | Related doc: 50-51 |
| Movant | : | |
|     v. | : | |
| | : | |
| BANK OF NEW YORK TRUST CO., | : | |
| Respondent | | |

**CERTIFICATE OF SERVICE OF**
**INTERIM MORTGAGE MODIFICATION ORDER**

      I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of this Court's Interim Mortgage Modification Order (Doc. 51) was served by electronic submission only upon the Chapter 13 Trustee at the following email address: **LMP@Chapter13Trusteewdpa.com**.

      Respectfully submitted,

      /s/ Christian M. Rieger
      Christian M. Rieger, Esquire
      PA: 307037
      2403 Sidney Street
      Suite 214
      Pittsburgh, PA 15203
      (412) 381-8809
      (412) 381-4594 (fax)
      criegerlaw@gmail.com

<u>DATE: February 12, 2024</u>