### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LYNDA M. HOLLEY,　　　　　　　　　　　Case 23-21697-CMB
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

    　　　Debtor

---

LYNDA M. HOLLEY,　　　　　　　　　　　　　Related doc: 59-60
　　　　　　　　　　　　　　　　　　　　　　　Hrg: 7/16/2024, 1:30PM
　　　　　Plaintiff　　　　　　　　　　　　　　Responses: 7/5/2024

　　v.

BYRIDER FINANCE LLC, d/b/a
CNAC,

　　　　　Defendant

### CERTIFICATE OF SERVICE OF
### MOTION TO DETERMINE SECURED STATUS

　　　　I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Motion to Determine Secured Status, Exhibit, proposes Order, and Scheduling Notice were served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 17th day of June 2024 upon the parties below:

BYRIDER FINANCE LLC, DBA CNAC
c/o Garry Masterson Esq.
Weltman, Weinberg, & Reis Co.
965 Keynote Circle
Cleveland, OH 44131

Ronda J. Winnecour, Esq.　　　　　　　　　　Office of the U.S. Trustee
Suite 3250 USX Tower　　　　　　　　　　　　Federal Building Suite 1316
600 Grant Street　　　　　　　　　　　　　　1000 Liberty Avenue
Pittsburgh, PA 15219　　　　　　　　　　　　Pittsburgh, PA 15222

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Christian M. Rieger
　　　　　　　　　　　　　　　　　　　　　　Christian M. Rieger, Esquire
　　　　　　　　　　　　　　　　　　　　　　PA: 307037
　　　　　　　　　　　　　　　　　　　　　　2403 Sidney Street
　　　　　　　　　　　　　　　　　　　　　　Suite 214
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15203
　　　　　　　　　　　　　　　　　　　　　　(412) 381-8809
　　　　　　　　　　　　　　　　　　　　　　(412) 381-4594 (fax)
　　　　　　　　　　　　　　　　　　　　　　criegerlaw@gmail.com

<u>DATE: June 17, 2024</u>