**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   LYNDA M. HOLLEY,                       Case 23-21697-CMB
                                         Chapter 13

         Debtor

_____
LYNDA M. HOLLEY,
                                         Related doc: 59-60 , 65
        Movant                            Hrg: 7/16/2024, 1:30PM

     v.

BYRIDER FINANCE LLC, d/b/a
CNAC,

        Respondent

**STIPULATED ORDER OF COURT**
**RESOLVING MOTION TO DETERMINE SECURED STATUS**

     AND NOW this __10th__ day of ____July____, 2024, in resolution of the Motion of Debtor to Determine Secured Status and upon consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

     1.    Respondent's secured claim shall be modified to the principal balance of $7,270.00, to be paid in full during the duration of the Chapter 13 case, at the modified interest rate in the confirmed Plan.

     2.    The remainder of Respondent's claim shall be classified as unsecured general nonpriority debt, and shall share in the pro rata distribution to general unsecured, creditors in the Chapter 13 Plan, and pursuant to the terms of the final Confirmation Order.

     3.    Upon successful completion of Debtor's Chapter 13 Plan and entry of Discharge, Defendant shall release its lien of record to Plaintiff.

     4.    This Order shall be effective only upon such successful completion of the Chapter 13 Plan and Discharge. Should the case either be dismissed or converted to one under Chapter 7, the terms of the original Note between the parties shall be re-instated.

     Movant shall serve a copy of this Order on all interested parties within ten (10) days of the date of this Order, and shall file a certificate of service.

Prepared by: Christian M. Rieger, Esq.

BY THE COURT:

*[Signature: Carlota M. Böhm]* **dmr**

The Hon. Carlota M. Böhm
United States Bankruptcy Judge

CONSENTED TO:

FILED
7/10/24 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
Counsel for Debtor Lynda M. Holley


  /s/ Garry Masterson
Garry Masterson, Esquire
Counsel for Creditor,
Byrider Finance LLC d/b/a CNAC

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21697-CMB |
| Lynda M. Holley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lynda M. Holley, 3217 Ward Street, Pittsburgh, PA 15213-4428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Lynda M. Holley criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company N.A. fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Byrider Finance LLC DBA CNAC pitecf@weltman.com, gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | |

        on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jill Manuel-Coughlin
        on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGA bankruptcy@powerskirn.com

Karina Velter
        on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGA karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 11