# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | | |
|---|---|---|
| IN RE: | ) | |
| LYNDA M. HOLLEY, | ) | CASE NO.: 23-21697-CMB |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE CAROLTA M. BOHM |
| | ) | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF N EW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK,N.A. AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES,SERIES 2005-RP1AS SERVICED BY NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, | ) | |
| CREDITOR. | ) | |
| | ) | |
| LYNDA M. HOLLEY, DEBTOR, AND RONDA J. WINNECOUR, TRUSTEE, | ) | |
| RESPONDENTS. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon Trust Company, N.A. fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A. as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2005-RP1 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 22nd day of November 2024

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 22nd day of November 2024.

*DEBTOR*
LYNDA M. HOLLEY
3217 WARD STREET
PITTSBURGH, PA 15213

*ATTORNEY FOR DEBTOR*
CHRISTIAN M RIEGER
LAW OFFICE OF CHRISTIAN M. RIEGER
2403 SIDNEY STREET
SUITE 214
PITTSBURGH, PA 15203
CRIEGERLAW@GMAIL.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*