# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LYNDA M. HOLLEY,

    Debtor(s)

Case No. 23-21697-CMB

Chapter 13

RONDA J. WINNECOUR, TRUSTEE,
    Movant(s),

- vs. -

LYNDA M. HOLLEY,

    Respondent

Related doc: 80-81
   Conciliation: 5/1/2025, 9:30AM
( Ch. 13 ZOOM)

## DEBTOR'S DECLARATION IN RESPONSE TO
## TRUSTEE'S CERTIFICATE OF DEFAULT

    And now comes Lynda M. Holley, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and declares under penalty of perjury that:

1. Debtors' current mailing address is: 3217 Ward Street, Pittsburgh, PA 15213
2. Debtor's part-time income as a driver was reduced during the fall of 2024.
3. Debtor is resuming direct payments, as evidenced by the referenced Proof of Payment at Doc. Entry 82.

    Respectfully submitted,

    /s/ Christian M. Rieger
Christian M. Rieger, Esq.
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date:  April 1, 2025