Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Lynda M. Holley

CASE NUMBER: 23−21697−CMB

RELATED TO DOCUMENT NO:

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Notice of Mortgage Payment Change (Claim # 7) that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

IN THE FUTURE, FILER MUST USE THE COURTS MOST RECENT VERSION OF NOTICE OF MORTGAGE PAYMENT CHANGE OFFICIAL FORM B 410S−1 (12/25).

You must file within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the that is filed in response to this Notice.**

Dated this The 3rd of December, 2025            Michael R. Rhodes
                                                Clerk
                                                5414 U.S. Steel Tower
                                                600 Grant Street
                                                Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-21697-CMB |
| Lynda M. Holley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 03, 2025 | Form ID: 106c | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15646792 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2025 00:06:00 | The Bank of New York Mellon Trust at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Lynda M. Holley criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortga dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Byrider Finance  LLC DBA CNAC pitecf@weltman.com, gmasterson@weltman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 03, 2025 | Form ID: 106c | Total Noticed: 1 |

Jill Manuel-Coughlin
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGA bankruptcy@powerskirn.com

Joshua I. Goldman
    on behalf of Creditor The Bank of New York Mellon Trust Company  N.A. fka The Bank of New York Trust Company, N.A. as Successor to JPMorgan Chase Bank, N.A. as Trustee for Residential Asset Mortgage Products, Inc., Mortgag josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Karina Velter
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGA karina.velter@powerskirn.com, Kaitlyn.Pemper@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12