**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LYNDA M. HOLLEY,

        Debtor

———————————————
THE BANK OF NEW YORK MELLON TRUST
COMPANY, NA FKA THE BANK OF
NEW YORK TRUST COMPANY, as
Successor to JPMorgan Chase Bank,

        Movant
    v.

LYNDA M. HOLLEY and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #23-21697-CMB

Chapter 13

Related Claim: 7

## DECLARATION THAT PAYMENT IS SUFFICIENT

      The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant. The new monthly mortgage payment is **$1,052.52**, effective **January 1, 2026.**

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2681 Sidney Street
Pittsburgh, PA 15203
(412) 381-8809
criegerlaw@gmail.com

Date: December 16, 2025