**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LYNDA M. HOLLEY,

    Debtor(s)

RONDA J. WINNECOUR, TRUSTEE,
    Movant(s),

- vs. -

LYNDA M. HOLLEY,

    Respondent

Case No. 23-21697-CMB

Chapter 13

Related doc: 92-93
   Conciliation: 2/19/2025, 9:00AM
( Ch. 13 ZOOM)

## DEBTOR'S DECLARATION IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

And now comes Lynda M. Holley, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and declares under penalty of perjury that:

1. Debtors' current mailing address is: 3217 Ward Street, Pittsburgh, PA 15213

2. Debtor currently does not have her typical part-time income from school bus driving, and only receives Social Security and a small pension distribution.

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esq.
2681 Sidney Street
Pittsburgh, PA 15203
(412) 381-8809
criegerlaw@gmail.com

Date: January 2, 2026