IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Lynda M. Holley | : | Case No. 23-21697-CMB |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant(s) | : | Related to Documents 92 |
| | : | |
| vs. | : | Hearing: 3/11/26 at 10:30 a.m. |
| Lynda M. Holley | : | |
| | : | |
| Respondent(s) | : | |

### CHAPTER 13 TRUSTEE'S STATUS REPORT ON CONTESTED HEARING

RONDA J. WINNECOUR ("Trustee") reports to the Court as follows:

1.      Debtor, Lynda M. Holley, commenced a Chapter 13 Bankruptcy action on August 9, 2023.  Thirty months have elapsed since case filing.

2.      On December 10, 2025, the Trustee brought a Certificate of Default Requesting Dismissal based on plan arrears of $9986.

3.      Debtor filed a response to the Certificate of Default, acknowledging that "Debtor does not currently have her typical part-time income from school bus driving, and only receives Social Security and a small pension distribution."

4.      At a conciliation conference on February 19, 2026, no payments had been received since the previous September, and plan arrears totaled $13,520.  Debtor counsel confirmed that Debtor's income is intermittent and further acknowledged that he was having difficulty contacting Debtor and that they had not spoken in several months.  The case was placed on the Court's contested list.

5.      The lack of payments since September, 2025, despite a Trustee Certificate of Default and with current arrears totaling $13,520, indicates that the case is not feasible.

6.      Furthermore, the Debtor's lack of responsiveness to Counsel's efforts at communication indicates that Debtor may not be interested in pursuing her Chapter 13 case.

WHEREFORE, the Trustee so reports to the Court.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  February 23, 2026          By: /s/ Kate DeSimone
                                  Kate DeSimone, PA I.D. 42575
                                  Attorney for Chapter 13 Trustee
                                  US Steel Tower, Suite 3250
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 471-5566
                                  Email: kdesimone@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Lynda M. Holley                              :        Case No. 23-21697-CMB
                                             :
            Debtor(s)                        :        Chapter 13
                                             :
Ronda J. Winnecour, Chapter 13               :
Trustee                                      :
            Movant(s)                        :        Related to Documents 92
                                             :
            vs.                              :        Hearing: 3/11/26 at 10:30 a.m.
Lynda M. Holley                              :
                                             :
            Respondent(s)                    :

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd of February 2026, I served one true and correct

copy of the foregoing document on the following parties in interest by United States

first-class mail, postage prepaid, addressed as follows:

Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Lynda M. Holley
3217 Ward Street
Pittsburgh, PA  15213

Christian M. Reiger, Esquire
2681 Sidney Street
Pittsburgh, PA  15203


                              /s/Rosa Richard
                              Office of Chapter 13 Trustee
                              U.S. Steel Tower – Suite 3250
                              600 Grant Street
                              Pittsburgh, PA 15219
                              (412) 471-5566
                              cmecf@chapter13trusteewdpa.com