# PROCEEDING MEMO

**Date:  03/11/2026 1:30 PM**

 **In re:    Lynda M. Holley**

**Bankruptcy No.  23-21697-CMB**
**Chapter:  13**
**Doc. #69**

**Appearances:  Ronda Winnecour, Christian M. Rieger**

**Nature of Proceeding:  #69 Contested July 15, 2024 Plan**

**Additional Pleadings:  #101 Status Report by Chapter 13 Trustee**

 - Per Trustee, last payment received in September. Plan arrears exceed $15,000. Seeking dismissal.
 - Attorney Rieger has no defense to dismissal but requests dismissal without prejudice.
OUTCOME: Case dismissed without prejudice. Order entered.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
3/13/26 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA