**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LYNDA M HOLLEY
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:23-21697 CMB

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/09/2023 and confirmed on 09/12/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 24,340.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,340.00 |

| | | |
|---|---|---|
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,149.79 | |
| Trustee Fee | 1,460.40 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,610.19 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| BANK OF NEW YORK MELLON TRUST CO<br>Acct: 3745 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON TRUST CO<br>Acct: 3745 | 4,225.26 | 4,225.26 | 0.00 | 4,225.26 |
| BANK OF NEW YORK MELLON TRUST CO<br>Acct: 3745 | 0.00 | 8,647.16 | 0.00 | 8,647.16 |
| BANK OF NEW YORK MELLON TRUST CO<br>Acct: 3745 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORI<br>Acct: C234 | 1,063.49 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORI<br>Acct: C234 | 65.01 | 0.00 | 0.00 | 0.00 |
| BYRIDER FINANCE LLC D/B/A CNAC<br>Acct: 5711 | 7,270.00 | 4,732.51 | 1,119.87 | 5,852.38 |
| | | | | 18,724.80 |
| Priority | | | | |
| CHRISTIAN M RIEGER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| LYNDA M HOLLEY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LYNDA M HOLLEY<br>Acct: | 5.01 | 0.00 | 0.00 | 0.00 |
| CHRISTIAN M RIEGER ESQ<br>Acct: | 5,000.00 | 4,149.79 | 0.00 | 0.00 |
| CHRISTIAN M RIEGER ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| CITY AND SCHOOL DISTRICT OF PITTSBU<br>Acct: 1881 | 783.20 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXXXX1697 | 5.01 | 5.01 | 0.00 | 5.01 |
| BANK OF NEW YORK MELLON TRUST CO<br>Acct: 3745 | 950.00 | 0.00 | 0.00 | 0.00 |
| | | | | 5.01 |
| Unsecured | | | | |
| CONDUENT FORT RANGE BANK++<br>Acct: R11B | 0.00 | 0.00 | 0.00 | 0.00 |
| CONDUENT FORT RANGE BANK++<br>Acct: R11A | 0.00 | 0.00 | 0.00 | 0.00 |
| EXETER FINANCE CORP**<br>Acct: 1001 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION<br>Acct: 1881 | 10,313.80 | 0.00 | 0.00 | 0.00 |
| VA PGH EMPLOYEE FCU(*)<br>Acct: 5557 | 0.00 | 0.00 | 0.00 | 0.00 |
| BYRIDER FINANCE LLC D/B/A CNAC<br>Acct: 5711 | 5,302.43 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 4355 | 381.44 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 9773 | 1,343.66 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES<br>Acct: 1881 | 717.08 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WH BURKLEY LLP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | 18,729.81 |
|---|---|

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 1,738.21 |
| SECURED | 12,623.76 |
| UNSECURED | 18.058.41 |

Date: 08/18/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com